United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO VIZUETH HINOJOSA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01391 |
| | § | |
| PAMELA JO BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

At the time the petitioner, Francisco Vizueth Hinojosa, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241, he was a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials. Pending is Petitioner's motion to dismiss as moot. Doc. No. 6. Respondents do not dispute that this case is moot.

Therefore, the Court **ORDERS** as follows:

1. Petitioner's motion to dismiss (Doc. No. 6) is **GRANTED**.

2. This habeas petition is **DISMISSED** without prejudice as **MOOT.**

3. This case is **CLOSED**.

SIGNED this ___6th___ day of April 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE